■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BABCOCK, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Purple, Jr., J.—Arson, 3rd Degree.) Present—Callahan, A. P. J., Green, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD A. CLEMENS, Appellant.—Judgment unanimously modified on the law and as modified affirmed, in accordance with the following memorandum: The trial court erred in ordering that the sentence imposed on defendant's conviction for driving while intoxicated (Vehicle and Traffic Law § 1192 [3]) be served consecutively to the sentence of aggravated unlicensed operation of a motor vehicle in the first degree (Vehicle and Traffic Law § 511 [3]; *see,* Penal Law § 70.25 [2]; *see, People v Catone,* 65 NY2d 1003; *People v Coleman,* 138 AD2d 963, 964). Accordingly, defendant's sentence for driving while intoxicated is modified to run concurrently with the sentence for aggravated unlicensed operation of a motor vehicle in the first degree. (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Felony Driving While Intoxicated.) Present—Callahan, A. P. J., Green, Pine, Lawton and Davis, JJ.

■ BONNIE TOMS, Individually and as Administratrix of the Estate of CHRISTOPHER TOMS, Deceased, et al., Respondents, v MELANIE RAMACHANDRAN, Appellant.—Order unanimously affirmed with costs *(see, Stiles v Sen,* 152 AD2d 915). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Callahan, A. P. J., Green, Pine, Lawton and Davis, JJ.